**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| ASHLEY HOFFMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No.  1:18cv1191  (TSE/JFA) |
| | ) |
| FAIRFAX COUNTY PUBLIC SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF REMOVAL**

COMES NOW Fairfax County School Board, on behalf of Defendant Fairfax County Public Schools (the "School Board"),[1] by counsel, and, pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446, removes to this Court the state action filed by Plaintiff Ashley Hoffman ("Ms. Hoffman") and described in paragraph 1 below.

1.      The removed action was commenced in the Circuit Court for the County of Fairfax, Virginia, on August 24, 2018, with the filing of a Complaint in an action styled Ashley Hoffman v. Fairfax County Public Schools, Case No. CL 2018-12607.  The clerk of the court issued the summons on August 27, 2018.

2.      The Summons and Complaint were served (improperly) on Elizabeth Murphy, Executive Director of the Fairfax County Public Schools Foundation, on August 29, 2018.

3.      Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint served upon Ms. Murphy are attached hereto as Exhibit A.  No other process, pleadings, or orders have been served upon the School Board in this action.

---

[1] The School Board, not Fairfax County Public Schools, is the proper party defendant to this action.  See Va. Code § 22.1-71 (providing that a school board "is declared a body corporate . . . and may sue, be sued, contract, [and] be contracted with").

4.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after purported service of the initial pleadings.

5.      Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action is pending.

6.      Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction under 28 U.S.C. § 1331 as this action arises under the laws of the United States.

7.      Specifically, Plaintiff's claims arise from her allegations of a hostile work environment pursuant to Title VII of the Civil Rights Act of 1964, as amended; allegations of interference with rights granted and retaliation under the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.*; and allegations of discrimination and retaliation under the Americans with Disabilities Act, as Amended, 42 U.S.C. § 12101, *et seq.*  (*See* Compl. ¶ 2; Counts I, II, and III.)  Additionally, Ms. Hoffman asserts claims of constitutional and civil rights violations under 42 U.S.C. § 1983 and the First and Fourteenth Amendments to the United States Constitution. (*See* Compl. Count V.)

8.      Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over Plaintiff's remaining claims of intentional infliction of emotional distress and purported violations of the freedom of speech guaranteed by the Constitution of Virginia.  (*See* Compl. Counts IV and V.)

WHEREFORE, the Fairfax County School Board, on behalf of Defendant Fairfax County Public Schools, hereby requests that this action be removed from the Circuit Court for the County of Fairfax, Virginia, to the United States District Court for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446 and this Notice of Removal, and that this Court assume jurisdiction over this action.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD
on behalf of
FAIRFAX COUNTY PUBLIC SCHOOLS
By Counsel

Date:  September 19, 2018

BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (telephone)
(703) 691-3913 (facsimile)


By:    /s/ Laurie L. Kirkland
       William B. Porter, VSB No. 41798
         wporter@bklawva.com
       Laurie L. Kirkland, VSB No. 75320
         lkirkland@bklawva.com
       Lauren Fredericksen Randall, VSB No. 87535
         lrandall@bklawva.com
       *Counsel for Defendant*
       *Fairfax County School Board*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September 2018, a true copy of the foregoing was

sent via facsimile <u>and</u> mailed, first class, postage prepaid to:

Elaine Charlson Bredehoft, Esquire
Adam S. Nadelhaft, Esquire
David E. Murphy, Esquire
CHARLSON BREDEHOFT COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6808 - Facsimile
*Counsel for Plaintiff Ashley Hoffman*

   /s/ Laurie L.  Kirkland
Laurie L. Kirkland, VSB No. 75320
  lkirkland@bklawva.com
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Telephone: 703-691-1235
Facsimile: 703-691-3913
*Counsel for Defendant*

4